

FILED
CLERK, U.S. DISTRICT COURT

JUL 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 09-350 M |
| v. | |
| Albert Vincent Immers | **ORDER OF TEMPORARY DETENTION** |
| DEFENDANT(S). | **PENDING HEARING PURSUANT** |
| | **TO BAIL REFORM ACT** |

Upon motion of _____Deft_____ , IT IS ORDERED that a detention hearing
is set for _____Tuesday_____ , __7/21/09__ , at __3:00__ ☐a.m. / ☒p.m. before the
Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE , in Courtroom __#540__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
        *(Other custodial officer)*

Dated: ____7/17/09_____              _____Ralph Zarefsky_____
                                         U.S. District Judge/Magistrate Judge